UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM MUELLER,<br><br>                Plaintiff,<br><br>v.<br><br>TODD M. DODGE and OTHER GREENFIELD POLICE OFFICERS, all in their individual capacities and in their capacities as Police Officers, including Officers in Control of the Holding Cell at the Town of Greenfield Police Department on July 1 to July 2, 2010; and Police Officer/s who Issued Retaliatory Citation for the Town of Greenfield in about May 2010, and the TOWN OF GREENFIELD,<br><br>                Defendants. | Civil Action No. 13-11566-NMG |

**REPORT AND RECOMMENDATION ON
PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE RETURNS OF SERVICE ON JOHN DOE DEFENDANTS**
[Docket No. 18]

May 15, 2014

Boal, M.J.

Plaintiff Adam Mueller ("Mueller") has filed a second motion for an extension of time within which to file returns of service for the unidentified Greenfield Police Officers listed as defendants in this action (the "Doe Defendants"). Docket No. 18. For the following reasons, this Court recommends that the District Court grant Mueller's motion.[1]

I.     FACTUAL AND PROCEDURAL BACKGROUND

On July 1, 2013, Mueller filed this action against the Town of Greenfield, Officer Todd M. Dodge, and the Doe Defendants (collectively, "Defendants") alleging that he was unlawfully

---

[1] The District Court referred Mueller's motion to this Court on May 7, 2014. Docket No. 20.

1

*Report and Recommendation accepted and adopted. N M Gorton, USDJ 7/8/14*